EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
ANGEL DAVID RAMOS, acusado y apelante.

No. 2448.—*Visto:* Marzo 26, 1925.   *Resuelto:* Marzo 31, 1925.

1. DERECHO PENAL—JUICIO—VEREDICTO—GRADO DEL DELITO EN EL VEREDICTO—
CUÁNDO ES INNECESARIO ESPECIFICARLO.—En un proceso por un delito subsi-
guiente de hurto declarado *felony*, en que la acusación sólo imputa un delito
de hurto de menor cuantía, como delito subsiguiente, no es necesario que el
Jurado determine el grado del delito.

SENTENCIA de *Angel Acosta*, J. (Mayagüez), condenando al acusado
de un delito subsiguiente de hurto. *Confirmada.*

*Angel A. Vázquez*, Abogado del apelante; *José E. Figueras*, Abo-
gado de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Aunque han sido alegados dos errores, son substancial-
mente los mismos y envuelven la cuestión de si era nece-
sario instruir al jurado y éste determinar el grado del delito
del hurto imputado.   Cuando se formula un cargo de hurto
de mayor cuantía el jurado .debe determinar el grado, *El
Pueblo* v. *Colón*, 15 D. P. R. 680; *El Pueblo* v. *Díaz* (a) Leña
Verde, 10 D. P. R. 466.   Este, sin embargo, es un proceso
por un delito subsiguiente de hurto declarado *felony*.   Ar-
tículos 56 y siguientes del Código Penal.   La acusación sólo
imputaba un delito de hurto de menor cuantía, como delito
subsiguiente, y un hurto de menor cuantía no se distingue
en grados y no puede ser rebajado o aumentado.   De ahí que
el jurado estuvo justificado al declarar que el acusado era
culpable del delito que se le imputó y que había cometido un
delito anterior.

*Debe confirmarse la sentencia.*